UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ORLANDO JACKSON | Case No. 2:17-cv-01240-JCM-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *Jackson v. Williams et al.*, case number 2:17-cv-01240-JCM-CWH.

Jackson was an inmate who was lawfully incarcerated in the Nevada Department of Corrections ("NDOC"). *See* (ECF No. 1-1). On May 4, 2018, Jackson initiated this civil rights action for events that allegedly occurred while he was incarcerated at High Desert State Prison ("HDSP"). *Id*.

On June 19, 2018, the court issued a screening order allowing three causes of action to proceed: (1) deliberate indifference against R.J. Smith; (2) deliberate indifference against NaphCare; and (3) an Americans with Disabilities Act claim against Smith, Brian Williams, and the NDOC. (ECF No. 7).

On November 8, 2018, Williams sent Jackson correspondence that included a medical release form for Jackson to sign and return. (ECF No. 19-1). Williams required Jackson's medical records to adequately litigate this action. (ECF No. 19). Jackson did not respond to the correspondence. *Id*.

On February 26, 2019, Williams sent Jackson a second letter that included a medical release form. (ECF No. 19-1). Jackson did not respond to the second correspondence either. (ECF No. 19).

1

On March 21, 2019, Williams filed a motion requesting that the court issue an order directing Jackson to show cause as to why this case should not be dismissed. *Id*. On that same day, Williams filed a motion requesting that the court stay proceedings until it resolves his motion for an order to show cause. (ECF No. 20). On March 25, 2019, Williams filed a motion requesting that the court extend the deadline to file dispositive motions in light of the pending motions. (ECF No. 21).

The record shows that Jackson has not prosecuted this case so as to allow the court to adjudicate the merits of his claim. Therefore, the court will order Jackson to show cause within thirty (30) days as to why the court should not dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). To avoid potentially needless briefing, the court will also extend the deadline to file dispositive motions to May 3, 2019.

Accordingly,

IT IS HEREBY ORDERED, ADUDGJED, and DECREED that Williams' motion for an order to show cause (ECF No. 19) be, and the same hereby is, GRANTED, consistent with the foregoing.

IT IS FURTHER ORDERED that Williams' motion to stay (ECF No. 20) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that Williams' motion to extend (ECF No. 21) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is extended to May 3, 2019.

IT IS FURTHER ORDERED that Jackson shall show cause within thirty (30) days from the date of this order as to why the court should not dismiss this action.

DATED March 27, 2019.

_____
UNITED STATES DISTRICT JUDGE